FILED

NOV 20 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD JOHN VIEIRA,                    )
                                        )
            Plaintiff,                  )
                                        )
        v.                              )        Civil Action No.  14-1331
                                        )
STATE OF CALIFORNIA,                    )
                                        )
            Defendant.                  )

## MEMORANDUM OPINION

The Court has allowed the above-captioned action to be provisionally filed. Before the

Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, the

plaintiff was directed to submit a certified copy of his trust fund account statement (or

institutional equivalent), including the supporting ledger sheets, for the six-month period

immediately preceding the filing of this complaint, obtained from the appropriate official of each

prison at which plaintiff is or was confined. 28 U.S.C. § 1915(a)(2). Although the plaintiff

since has submitted an amendment to his complaint, to date he has not submitted the required

financial information. Accordingly, the Court will deny his application to proceed *in forma*

*pauperis* and will dismiss the complaint without prejudice.

An Order accompanies this Memorandum Opinion.

_____
United States District Judge

DATE:  11/5/2014